# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. <u>05-49154-GFK</u> |
| PIHLSTROM, GREGORY SCOTT | ) | |
| | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>10,976.45</u>, disbursements of $2,041.02, and balance on hand of $<u>8,935.43</u>. The balance on hand will not remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of <br> <u>Entity</u> | Nature of <br> <u>Interest</u> | Proposed <br> <u>Payment</u> |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $<u>1,791.65</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>1,791.65</u> for final compensation and an additional $<u>62.80</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $4,618.24, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 1,791.65 | 1,791.65 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 62.80 | 62.80 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 2,452.99 | 2,452.99 |
| FOLEY & MANSFIELD PLLP* | TRUSTEE ATTORNEY EXPENSES | 180.70 | 180.70 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 130.10 | 130.10 |
| | Total | 4,618.24 | 4,618.24 |

(b) $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c) $4,317.19, for unsecured creditors allowed in the total amount of $21,679.91, yielding a dividend of 19.9133207% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| CONSULTANTS INTERNAL MEDICINE PA | 000005 | 371.59 | 74.00 |
| DISCOVER BANK | 000002 | 1,741.13 | 346.72 |
| DISCOVER BANK. | 000004 | 3,335.98 | 664.30 |
| SUBURBAN RADIOLOGICAL | 000003 | 120.00 | 23.90 |

| | | | |
|---|---|---|---|
| CONSULTANTS L | | | |
| UNIVERSITY OF MINNESOTA PHYSICIANS | 000006 | 9,952.00 | 1,981.77 |
| US BANK | 000007 | 1,476.86 | 294.09 |
| US BANK. | 000008 | 4,682.35 | 932.41 |
| Total | | $21,679.91 | $4,317.19 |

7.     The trustee's distribution of gross receipts of $10,976.45 from liquidation of all property of the estate is summarized below:

| | | | |
|---|---|---|---|
| $ | 1,791.65 | a. | Trustee Compensation |
| $ | 2,452.99 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 450.00 | d. | Other Professionals |
| $ | 1,404.62 | e. | <u>All</u> expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 4,317.19 | h. | Unsecured Creditors |
| $ | 560.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 10,976.45 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 10,976.45 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8.     The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  September 21, 2008                    /e/ Randall L. Seaver
                                                               RANDALL L. SEAVER, Trustee
                                                               12400 PORTLAND AVENUE SOUTH
                                                               SUITE 132
                                                               BURNSVILLE, MN  55337
                                                               (952) 890-0888

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: __November 5, 2008__                     HABBO G. FOKKENA
                                                UNITED STATES TRUSTEE
                                                Region 12

                                           By:_____*signature*_____

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: 05-49154 GFK Judge: Gregory F. Kishel | Trustee Name: RANDALL L. SEAVER |
| Case Name: PIHLSTROM, GREGORY SCOTT | Date Filed (f) or Converted (c): 10/13/05 (f) |
| | 341(a) Meeting Date: 12/27/05 |
| For Period Ending: 09/29/08 | Claims Bar Date: 01/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 80.00 | 280.64 | | 360.64 | FA |
|   Debtor Claimed Exemption | | | | | |
| 2. HOMESTEAD | 200,000.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 3. 1994 FIREBIRD | 2,500.00 | 2,500.00 | | 3,000.00 | FA |
|   EXEMPTION CLAIMED; TRUSTEE OBJECTED | | | | | |
| 4. 1994 FORD EXPLORER | 2,000.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 5. DESK, FILE CABINET, COMPUTER | 450.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 6. WATCH | 20.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 7. GOLF CLUBS | 50.00 | 0.00 | DA | 0.00 | FA |
|   INCONSEQUENTIAL SO DA | | | | | |
| 8. IRA | 4,000.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 9. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 10. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 72.17 | FA |
| 12. 2005 MN TAX REFUND (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 13. CASH ON HAND (u) | 0.00 | 220.00 | | 220.00 | FA |
| 14. 2005 FED TAX REFUND (u) | 0.00 | 2,028.69 | | 2,028.69 | FA |
| 15. AVOIDABLE TRANSFERS (u) | 0.00 | 4,294.95 | | 4,294.95 | FA |
| 16. JUDGMENT AGAINST QUALITY COACH (u) | 0.00 | 2,983.00 | | 0.00 | 2,983.00 |

LFORM1

Ver: 14.10a

| Case No: | 05-49154 GFK Judge: Gregory F. Kishel | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | PIHLSTROM, GREGORY SCOTT | Date Filed (f) or Converted (c): | 10/13/05 (f) |
| | | 341(a) Meeting Date: | 12/27/05 |
| | | Claims Bar Date: | 01/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| JUDGMENT AGAINST QUALITY COACH FOR $2,893. RETAINED AFTER CASE CLOSING | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $212,100.00 | $13,307.28 | | $10,976.45 | $2,983.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/28/07     Current Projected Date of Final Report (TFR): 03/31/09

| | | |
|---|---|---|
| Case No: | 05-49154 -GFK | Trustee Name: RANDALL L. SEAVER |
| Case Name: | PIHLSTROM, GREGORY SCOTT | Bank Name: BANK OF AMERICA, N.A. |
| | | Account Number / CD #: *******3831 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5932 | |
| For Period Ending: | 09/29/08 | Blanket Bond (per case limit): $ 18,736,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/25/06 | | FRED W. RADDE & SONS AUCTION ACCOUNT NEW GERMANY, MN 55367 | 1994 PONTIAC FIREBIRD | | 2,285.94 | | 2,285.94 |
| | 3 | FRED W. RADDE & SONS | Memo Amount: 3,000.00 1994 PONTIAC FIREBIRD THE FIREBIRD WAS SOLD AT AUCTION FOR $3,000.00, LESS A COMMISSION OF $450.00 AND EXPENSES OF SALE OF $264.06, FOR A NET TO THE ESTATE OF $2,285.94. | 1129-000 | | | |
| | | | Memo Amount: ( 450.00 ) AUCTIONEER'S FEES | 3610-000 | | | |
| | | | Memo Amount: ( 264.06 ) EXPENSES OF SALE | 3620-000 | | | |
| 07/25/06 | 000101 | Del Decko 9400 Old Cedar Avenue #213 Bloomington, MN 55425 | Pay off interest in Firebird | 4210-000 | | 560.00 | 1,725.94 |
| 07/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.06 | | 1,726.00 |
| 08/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.57 | | 1,727.57 |
| 09/29/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.41 | | 1,728.98 |
| 10/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.48 | | 1,730.46 |
| 11/13/06 | 12 | DEPARTMENT OF FINANCE-STATE TREASUR STATE OF MINNESOTA | 2005 MN TAX REFUND | 1224-000 | 1,000.00 | | 2,730.46 |
| 11/30/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.83 | | 2,732.29 |
| 12/29/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.31 | | 2,734.60 |
| 01/03/07 | 14 | UNITED STATES TREASURY Attn: Special Procedures 316 North Robert Street St. Paul, MN 55101 | 2005 FED TAX REFUND | 1224-000 | 2,028.69 | | 4,763.29 |

Page Subtotals 5,323.29 560.00

LFORM24

Ver: 14.10a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 05-49154 -GFK  
Case Name: PIHLSTROM, GREGORY SCOTT  
Taxpayer ID No: *******5932  
For Period Ending: 09/29/08  

Trustee Name: RANDALL L. SEAVER  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******3831  Money Market - Interest Bearing  
Blanket Bond (per case limit): $ 18,736,000.00  
Separate Bond (if applicable):  

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.67 | | 4,766.96 |
| 02/21/07 | | GREGORY PIHLSTROM 9000 14TH AVE S BLOOMINGTON, MN 55425 | SETTLEMENT PAYMENT | | 580.64 | | 5,347.60 |
| | 1 | GREGORY PIHLSTROM | Memo Amount: 360.64 BANK ACCOUNT | 1129-000 | | | |
| | 13 | | Memo Amount: 220.00 CASH ON HAND | 1229-000 | | | |
| 02/28/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.70 | | 5,351.30 |
| 03/30/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.54 | | 5,355.84 |
| 04/30/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.41 | | 5,360.25 |
| 05/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.55 | | 5,364.80 |
| 06/20/07 | 000102 | INTERNATIONAL SURETIES, LTD ATTN: MARLEY V. MILLER 203 CARONDELOLET, STE 500 NEW ORLEANS, LA 70130 | TRUSTEE BOND | 2300-000 | | 6.21 | 5,358.59 |
| 06/29/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.40 | | 5,362.99 |
| 07/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.56 | | 5,367.55 |
| 08/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.56 | | 5,372.11 |
| * 09/24/07 | 000103 | UNITED STATES BANKRUPCTY COURT OFFICE OF THE CLERK 300 S. FOURTH STREET MINNEAPOLIS, MN 55415 | FILING FEE | 2700-003 | | 250.00 | 5,122.11 |
| 09/28/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.42 | | 5,125.53 |
| * 10/08/07 | 000103 | UNITED STATES BANKRUPCTY COURT OFFICE OF THE CLERK 300 S. FOURTH STREET MINNEAPOLIS, MN 55415 | FILING FEE | 2700-003 | | -250.00 | 5,375.53 |
| 10/14/07 | 000104 | UNITED STATES BANKRUPCTY COURT | ADV FILING FEE #07-4266 | 2700-000 | | 250.00 | 5,125.53 |

Page Subtotals    618.45    256.21

Ver: 14.10a  
LFORM24

FORM 2  
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| | |
|---|---|
| Case No: | 05-49154 -GFK |
| Case Name: | PIHLSTROM, GREGORY SCOTT |
| Taxpayer ID No: | *******5932 |
| For Period Ending: | 09/29/08 |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3831  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/14/07 | 000105 | OFFICE OF THE CLERK<br>300 S. FOURTH STREET<br>MINNEAPOLIS, MN 55415<br>UNITED STATES BANKRUPCTY COURT | ADV FILING FEE #07-9201 | 2700-000 | | 250.00 | 4,875.53 |
| 10/14/07 | 000106 | OFFICE OF THE CLERK<br>300 S. FOURTH STREET<br>MINNEAPOLIS, MN 55415<br>UNITED STATES BANKRUPCTY COURT<br>OFFICE OF THE CLERK<br>300 S. FOURTH STREET<br>MINNEAPOLIS, MN 55415 | ADV FILING FEE #07-4264 | 2700-000 | | 250.00 | 4,625.53 |
| 10/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.21 | | 4,628.74 |
| 11/07/07 | 15 | RAYMOND HAEG PLUMBING INC<br>7226 CEDAR AVE S<br>MINNEAPOLIS, MN 55423 | AVOIDABLE TRANSFER | 1241-000 | 1,349.95 | | 5,978.69 |
| 11/14/07 | 15 | PATRICK OR ROBERTA GIBBONS<br>15710 HARMONY WAY<br>APPLE VALLEY, MN 55124 | AVOIDABLE TRANSFER | 1241-000 | 2,945.00 | | 8,923.69 |
| 11/30/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 3.53 | | 8,927.22 |
| 12/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.27 | | 8,931.49 |
| 01/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 3.54 | | 8,935.03 |
| 02/29/08 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.12 | | 8,937.15 |
| 03/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.11 | | 8,939.26 |
| 04/30/08 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.83 | | 8,941.09 |
| 05/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.13 | | 8,942.22 |
| 06/12/08 | 000107 | INTERNATIONAL SURETIES LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | TRUSTEE BOND PREMIUM<br>BOND #016018055 | 2300-000 | | 10.75 | 8,931.47 |

Page Subtotals    4,316.69    510.75

Ver: 14.10a

LFORM24

|  |  |  | FORM 2 |  |  |  | Page: 4 |
|--|--|--|--|--|--|--|--|
|  |  |  | ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD |  |  |  |  |

Case No: 05-49154 -GFK  
Case Name: PIHLSTROM, GREGORY SCOTT  
Taxpayer ID No: *******5932  
For Period Ending: 09/29/08  

Trustee Name: RANDALL L. SEAVER  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******3831 Money Market - Interest Bearing  
Blanket Bond (per case limit): $ 18,736,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.11 |  | 8,932.58 |
| 07/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.13 |  | 8,933.71 |
| 08/29/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.13 |  | 8,934.84 |
| 09/17/08 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.59 |  | 8,935.43 |
| 09/17/08 |  | Transfer to Acct #*******9425 | Final Posting Transfer | 9999-000 |  | 8,935.43 | 0.00 |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
| Memo Allocation Receipts: | 3,580.64 | COLUMN TOTALS | 10,262.39 | 10,262.39 | 0.00 |
| Memo Allocation Disbursements: | 714.06 | Less: Bank Transfers/CD's | 0.00 | 8,935.43 |  |
|  |  | Subtotal | 10,262.39 | 1,326.96 |  |
| Memo Allocation Net: | 2,866.58 | Less: Payments to Debtors |  | 0.00 |  |
|  |  | Net | 10,262.39 | 1,326.96 |  |

Page Subtotals 3.96 8,935.43

Ver: 14.10a

LFORM24

| Case No: | 05-49154 -GFK | | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|
| Case Name: | PIHLSTROM, GREGORY SCOTT | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9425 Checking - Non Interest |
| Taxpayer ID No: | *******5932 | | | |
| For Period Ending: | 09/29/08 | | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/08 | | Transfer from Acct #*******3831 | Transfer In From MMA Account | 9999-000 | 8,935.43 | | 8,935.43 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 8,935.43 | 0.00 | 8,935.43 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 8,935.43 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 3,580.64 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 714.06 | Money Market - Interest Bearing - *******3831 | | 10,262.39 | 1,326.96 | 0.00 |
| | | | Checking - Non Interest - *******9425 | | 0.00 | 0.00 | 8,935.43 |
| | Total Memo Allocation Net: | 2,866.58 | | | 10,262.39 | 1,326.96 | 8,935.43 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  8,935.43  0.00

Ver: 14.10a

LFORM24

# PROPOSED DISTRIBUTION

Case Number: 05-49154    GFK  
Debtor Name: PIHLSTROM, GREGORY SCOTT  
Page 1  
Date: September 29, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $8,935.43 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $1,791.65 | $0.00 | $1,791.65 | $1,791.65 | $7,143.78 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $62.80 | $0.00 | $62.80 | $62.80 | $7,080.98 |
| 000010 | FOLEY & MANSFIELD PLLP* | Admin | 025 | $180.70 | $0.00 | $180.70 | $180.70 | $6,900.28 |
| 000011 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $2,452.99 | $0.00 | $2,452.99 | $2,452.99 | $4,447.29 |
| 000012 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $130.10 | $0.00 | $130.10 | $130.10 | $4,317.19 |
| 000002 | DISCOVER BANK | Unsec | 070 | $1,741.13 | $0.00 | $1,741.13 | $346.72 | $3,970.47 |
| 000003 | SUBURBAN RADIOLOGICAL CONSULTANTS L | Unsec | 070 | $120.00 | $0.00 | $120.00 | $23.90 | $3,946.57 |
| 000004 | DISCOVER BANK. | Unsec | 070 | $3,335.98 | $0.00 | $3,335.98 | $664.30 | $3,282.27 |
| 000005 | CONSULTANTS INTERNAL MEDICINE PA | Unsec | 070 | $371.59 | $0.00 | $371.59 | $74.00 | $3,208.27 |
| 000006 | UNIVERSITY OF MINNESOTA PHYSICIANS | Unsec | 070 | $9,952.00 | $0.00 | $9,952.00 | $1,981.77 | $1,226.50 |
| 000007 | US BANK | Unsec | 070 | $1,476.86 | $0.00 | $1,476.86 | $294.09 | $932.41 |
| 000008 | US BANK. | Unsec | 070 | $4,682.35 | $0.00 | $4,682.35 | $932.41 | $0.00 |
| << Totals >> | | | | $26,298.15 | $0.00 | $26,298.15 | $8,935.43 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 05-49154 GFK
**Debtor:** PIHLSTROM, GREGORY SCOTT

## 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:
Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $10,416.45

|   |   |   |   |   |
|---|---|---|---|---|
|  | $10,416.45 | 25% of First $5,000 | $1,250.00 |
| Less - | $5,000.00 | ($1,250 Maximum) |  |
| Balance | $5,416.45 | 10% of Next $45,000 | $541.65 |
| Less - | $5,416.45 | ($4,500 Maximum) |  |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less - | $0.00 | ($47,500 Maximum) |  |
| Balance | $0.00 | 3% of Balance | $0.00 |

**TOTAL COMPENSATION CALCULATED:** $1,791.65
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$1,791.65**

## 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 199 pages @ 0.25 / page | $49.75 |
| POST: Postage 14 each @ 0.42 / each | $5.88 |
| POST: Postage 1 each @ 1.23 / each | $1.23 |
| POST: Postage 1 each @ 5.94 / each | $5.94 |

**TOTAL EXPENSES CALCULATED:** $62.80
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$62.80**

===============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$1,854.45**

**DATED:** 09/29/08

**SIGNED** _____  **TRUSTEE:** RANDALL L. SEAVER
                                                          **12400 PORTLAND AVENUE SOUTH**

# Compensation and Expenses Worksheet

**Case Number:** 05-49154 GFK
**Debtor:** PIHLSTROM, GREGORY SCOTT

**SUITE 132**
**BURNSVILLE, MN  55337**